April 29, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

GILLEAN WADE AND NANCY WADE, Appellants

NO. 14-14-00120-CV                                    V.

FLAGSTAR BANK, FSB, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 6, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Gillean Wade and Nancy Wade.

We further order this decision certified below for observance.